MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

MARK R. CONRAD (CABN 255667)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    Fax: (415) 436-6748
    mark.conrad@usdoj.gov

Attorneys for Defendant

Clayeo C. Arnold (SBN 65070)
Anthony M. Ontiveros (SBN 152758)
Kiersta D. Perlee (SBN 187675)
CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, CA  95825
Telephone: (916) 924-3100
Fax: (916) 924-1829
Email: aontiveros@justice4you.com
Email: kperlee@justice4you.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAMARN OLSEN and<br>NEOLANI OLSEN-RODRIGUEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. C 14-05601 SI<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO EXTEND DEADLINE FOR**<br>**DEFENDANT UNITED STATES OF**<br>**AMERICA TO RESPOND TO THE**<br>**COMPLAINT AND TO CONTINUE**<br>**INITIAL CASE MANAGEMENT**<br>**CONFERENCE** |

STIP TO CONT. CMC AND RESPONSE DEADLINE
Case No. C 14-05601 SI

1  WHEREAS, Plaintiffs Samarn Olsen and Neolani Olsen-Rodriguez filed the above-captioned
2 action on December 23, 2014, *see* Dkt. Nos. 1 & 2;
3  WHEREAS, Plaintiffs have served a copy of the Complaint for Wrongful Death on the
4 Department of Justice in Washington, D.C., and the United States Attorney's Office for the Northern
5 District of California in San Francisco, California;
6  WHEREAS, Defendant United States of America, which is specially appearing in connection
7 with the matters addressed by this stipulation, asserts that service upon the United States has not been
8 completed as required under Federal Rule of Civil Procedure 4(i);
9  WHEREAS, undersigned counsel for Defendant United States of America has a scheduling
10 conflict with the Initial Case Management Conference that was automatically set by the Court in this
11 matter for March 27, 2015;
12  WHEREAS, to avoid litigation over the adequacy of service upon the United States, and to
13 accommodate the schedules of undersigned counsel for Defendant United States of America;
14  NOW, THEREFORE, by and through their undersigned counsel in this action, the parties hereby
15 stipulate and agree as follows:
16  The deadline for Defendant United States of America to respond to the Complaint shall be
17 extended until and including April 15, 2015.  The Initial Case Management Conference set in this matter
18 shall be continued until Friday, May 1, 2015, at 2:30 p.m.  Pursuant to the Standing Order for All Judges
19 of the Northern District of California dated August 25, 2014, the parties shall file a Joint Case
20 Management Statement not later than Friday, April 24, 2015.
21
22                                                                    Respectfully submitted,
23 DATED: March 5, 2015                            MELINDA HAAG
                                                                       United States Attorney
24
25
26                                                                    */s/ Mark R. Conrad*
                                                                       MARK R. CONRAD
27                                                                    Assistant United States Attorney
28

STIP TO CONT. CMC AND RESPONSE DEADLINE       - 1 -
Case No. C 14-05601 SI

1  DATED: March 5, 2015                    CLAYEO C. ARNOLD
2                                          A Professional Law Corporation
3
4                                          */s/ Anthony M. Ontiveros*
                                           ANTHONY M. ONTIVEROS
5                                          Attorney for Plaintiffs
6
7  **IT IS SO ORDERED.**
8  Date: _3/9/2015_____
9                                          _____
                                           HON. SUSAN ILLSTON
10                                         United States District Court Judge

STIP TO CONT. CMC AND RESPONSE DEADLINE     - 2 -
Case No. C 14-05601 SI