IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OLSEN ET AL,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

No. C 14-05601 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 7, 2015 at 3:00 p.m.
Counsel must file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 29, 2016.

DESIGNATION OF EXPERTS: 2/15/16; REBUTTAL: 3/14/16.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 15, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by May 6, 2016;

    Opp. Due May 20, 2016; Reply Due May 27, 2016;

    and set for hearing no later than June 10, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 12, 2016 at 3:30 PM.

COURT TRIAL DATE: July 25, 2016 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Initial disclosures shall be exchanged on May 5, 2015.
The parties shall participate in private mediation before the end of January 2016.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/4/15

                                       SUSAN ILLSTON
                                       United States District Judge