| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | ALEX G. TSE (CABN 152348)<br>Chief, Civil Division |
| 4 | MARK R. CONRAD (CABN 255667)<br>Assistant United States Attorney |
| 5 | |
| 6 |     450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-7025 |
| 7 |     Fax: (415) 436-6748<br>    mark.conrad@usdoj.gov |
| 8 | Attorneys for Defendant |
| 9 | |
| 10 | Clayeo C. Arnold (SBN 65070)<br>Anthony M. Ontiveros (SBN 152758) |
| 11 | Kiersta D. Perlee (SBN 187675)<br>CLAYEO C. ARNOLD |
| 12 | A PROFESSIONAL LAW CORPORATION<br>865 Howe Avenue |
| 13 | Sacramento, CA 95825<br>Telephone: (916) 924-3100 |
| 14 | Fax: (916) 924-1829<br>Email: aontiveros@justice4you.com |
| 15 | Email: kperlee@justice4you.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAMARN OLSEN and<br>NEOLANI OLSEN-RODRIGUEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. C 14-05601 SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND DEADLINE FOR<br>DEFENDANT UNITED STATES OF<br>AMERICA TO PRODUCE A RULE<br>30(B)(6) DESIGNEE** |

STIP TO CONT. 30(b)(6) DEADLINE
Case No. C 14-05601 SI

1  WHEREAS, on October 20, 2015, the Court issued an order granting Plaintiffs' motion to
2 compel Defendant to designate a Rule 30(b)(6) witness (or witnesses) to testify on all topics identified in
3 Plaintiffs' notices not later than October 29, 2015;

4  WHEREAS, six deposition are already scheduled to occur in this matter on October 28 and 29;

5  WHEREAS, the person most knowledgeable about several of the topics listed in Plaintiffs' Rule
6 30(b)(6) notices and whom Defendant anticipates designating as its witness to testify about many if not
7 all of these topics is on annual leave and is out of the country on vacation and will not return to work
8 until the beginning of November 2015;

9  WHEREAS, the cut-off deadline for fact discovery in this matter is not until January 29, 2015;

10  NOW, THEREFORE, the parties hereby stipulate and agree that the deadline for Defendant
11 United States of America to produce a Rule 30(b)(6) designee on the topics set forth in Plaintiffs'
12 notices shall be extended to and include November 30, 2015.

Respectfully submitted,

DATED: October 21, 2015

BRIAN J. STRETCH
Acting United States Attorney


*/s/ Mark R. Conrad*
MARK R. CONRAD
Assistant United States Attorney

1  DATED: October 21, 2015               CLAYEO C. ARNOLD
2                                         A Professional Law Corporation
3
4                                         */s/ Anthony M. Ontiveros*
                                          ANTHONY M. ONTIVEROS
5                                         Attorney for Plaintiffs
6
7  **IT IS SO ORDERED.**
8  Date: 10/29/15
9                                         HON. SUSAN ILLSTON
                                          United States District Court Judge
10