BRIAN J. STRETCH (CABN 163973)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

MARK R. CONRAD (CABN 255667)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    Fax: (415) 436-6748
    mark.conrad@usdoj.gov

Attorneys for Defendant

Clayeo C. Arnold (SBN 65070)
Anthony M. Ontiveros (SBN 152758)
Kiersta D. Perlee (SBN 187675)
CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Fax: (916) 924-1829
Email: aontiveros@justice4you.com
Email: kperlee@justice4you.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SAMARN OLSEN and<br>NEOLANI OLSEN-RODRIGUEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. C 14-05601 SI<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE FURTHER**<br>**CASE MANAGEMENT CONFERENCE** |

STIP TO CONT. 30(b)(6) DEADLINE
Case No. C 14-05601 SI

1  WHEREAS, a further case management conference has been scheduled in the above-captioned
2  matter for Friday, November 20, 2015, *see* Dkt. No. 34;
3  WHEREAS, mediation has been scheduled in the above-captioned matter to be held on January
4  21, 2016, *see* Dkt. No. 28;
5  WHEREAS, the parties are currently actively engaged discovery, including with respect to issues
6  regarding the design and construction of the walkway and stairs around Building AB-4 on the VA
7  campus in Martinez, California, where the accident giving rise to this lawsuit occurred;
8  WHEREAS, a deposition pursuant to Rule 30(b)(6) is scheduled to occur on November 30,
9  2015, regarding the construction and design of the stairs;
10  WHEREAS, Defendant anticipates that documents and testimony provided on these subjects will
11  disclose information about third parties with whom Defendant contracted with respect to the design and
12  construction of the stairs and ramps at issue in this case;
13  WHEREAS, discovery on these issues is potentially relevant to the dispositive defense that the
14  United States has asserted under the independent-contractor exception to the Federal Tort Claims Act,
15  28 U.S.C. § 2671, *see* Dkt. No. 17 at 3;
16  WHEREAS, discovery on these issues may also raise the possibility that Plaintiff and/or
17  Defendant will seek further information from and/or seek leave to add such additional third parties to
18  this litigation, *see* Dkt. No. 18 at 3;
19  WHEREAS, the parties respectfully submit that a further case management conference is likely
20  to be more productive after such discovery has been exchanged and the parties have had an opportunity
21  to develop the factual record on these issues, including with respect to the potential involvement of
22  additional parties in the litigation;
23  //
24  //
25  //
26  //
27  //
28  //

STIP TO CONT. 30(b)(6) DEADLINE    - 1 -
Case No. C 14-05601 SI

NOW, THEREFORE, the parties hereby stipulate and agree that the further case management conference in this matter should be continued to January 29, 2016, or the first date thereafter when the Court is available.

Respectfully submitted,

DATED: November 17, 2015

BRIAN J. STRETCH
Acting United States Attorney

*/s/ Mark R. Conrad*
MARK R. CONRAD
Assistant United States Attorney

DATED: November 17, 2015

CLAYEO C. ARNOLD
A Professional Law Corporation

*/s/ Anthony M. Ontiveros*
ANTHONY M. ONTIVEROS
Attorney for Plaintiffs

**PURSUANT TO STIPULATION IT IS SO ORDERED.** The further case management conference in the above-captioned matter shall be and hereby is continued until January 29, 2016. The parties shall file a further joint case management statement not later than January 22, 2016.

Date: 11/17/15

HON. SUSAN ILLSTON
United States District Court Judge

STIP TO CONT. 30(b)(6) DEADLINE     - 2 -
Case No. C 14-05601 SI