GRANTED

*Susan Illston*
Judge Susan Illston

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  MARK R. CONRAD (CABN 255667)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7025
7        Fax: (415) 436-6748
         mark.conrad@usdoj.gov
8
   Attorneys for Defendant
9

10 Clayeo C. Arnold (SBN 65070)
   Anthony M. Ontiveros (SBN 152758)
11 Kiersta D. Perlee (SBN 187675)
   CLAYEO C. ARNOLD
12 A PROFESSIONAL LAW CORPORATION
   865 Howe Avenue
13 Sacramento, CA 95825
   Telephone: (916) 924-3100
14 Fax: (916) 924-1829
   Email: aontiveros@justice4you.com
15 Email: kperlee@justice4you.com

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18
                         SAN FRANCISCO DIVISION
19

20
   SAMARN OLSEN and                    )   CASE NO. C 14-05601 SI
21 NEOLANI OLSEN-RODRIGUEZ,            )
                                       )
22          Plaintiffs,                )   STIPULATION OF DISMISSAL WITH
                                       )   PREJUDICE PURSUANT TO FED. R.
23     v.                              )   CIV. P. 41(a)(1)(A)(II) AND N.D. CAL.
                                       )   CIV. L.R. 77-2(c)
24 UNITED STATES OF AMERICA,           )
                                       )
25          Defendant.                 )
                                       )
26                                     )

27

28

   STIP OF DISMISSAL
   Case No. C 14-05601 SI

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the undersigned Plaintiffs Samarn Olsen and Neolani Olsen-Rodriguez and the undersigned Defendant United States of America, by and through their respective attorneys, as follows:

WHEREAS, Plaintiff filed the above-captioned action on December 23, 2014, *see* Dkt. No. 1;

WHEREAS, Plaintiff and Defendant, wishing to avoid any further litigation and controversy and to settle and compromise fully and an all claims and issues that have been raised, or could have been raised, in this action, entered into a Stipulation and Agreement of Compromise and Settlement ("Agreement") on March 23, 2016, in consideration of the mutual promises and based on the terms contained therein, and other good and valuable consideration, the adequacy of which was acknowledged by Plaintiffs and Defendant;

WHEREAS this action is not subject to Rules 23(e), 23.1(c), 23.2, or 66, and therefore may be dismissed voluntarily pursuant to the stipulation of all parties who have appeared, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), and may be ordered dismissed by the Clerk without further direction of a Judge, *see* N.D. Cal. Civ. L.R. 77-2(c);

NOW, THEREFORE, it is hereby agreed, by and between Plaintiffs Samarn Olsen and Neolani Olsen-Rodriguez, by and through their undersigned counsel, that this action shall be and hereby is dismissed *with prejudice*, each party to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: March 23, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

*/s/ Mark R. Conrad*
MARK R. CONRAD
Assistant United States Attorney

STIP TO CONT. MEDIATION DEADLINE — 1 —
Case No. C 14-05601 SI

DATED: March 23, 2016

CLAYEO C. ARNOLD
A Professional Law Corporation

_____
ANTHONY M. ONTIVEROS
Attorney for Plaintiffs

STIP TO CONT. MEDIATION DEADLINE                - 2 -
Case No. C 14-05601 SI